1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

**FILED**

SEP 2 3 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10-sw-408-KJN

| | |
|---|---|
| IN RE: | |
| SEARCH WARRANTS AUTHORIZED FOR THE PREMISES LOCATED AT: | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| 13991 Deadmans Flat Grass Valley, Nevada County, CA | |

On or about September 23, 2009, the United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to duly authorized search warrants. Having read and considered the papers filed by the United States, and good cause appearing:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during the investigation. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed. Additionally, any seized

///
///

1

1  marijuana gardens shall be photographed and/or videotaped, and a
2  representative sample taken from each location, which shall be
3  preserved until further order of this court.

5  DATED: Sept 23, 2010

   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE